**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAMES B. BRYANT,

*Plaintiff,*

v.

U.S. DEPARTMENT OF THE NAVY,

*Defendant*.

Civil Action No. 19-2004 (TNM)

**JOINT STATUS REPORT**

Pursuant to this Court's August 5, 2019, Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action.

The parties have met and conferred regarding next steps concerning the FOIA request at issue in this case.  Defendant is currently processing Plaintiff's FOIA request and, in the course of doing so, it has requested the review of records by subordinate Navy commands.  Defendant has also referred records to external agencies.  Due to the content of some of the data at issue, not all records can be searched electronically, which has made it impossible, at this time, to provide an accurate estimate of the number of records that may be responsive to Plaintiff's FOIA request. The parties are planning to meet in person in an effort to refine the information of interest to Plaintiff, which could reduce the amount of disputed withholdings, and resolve this matter without significant Court involvement, avoiding the need for a *Vaughn* index or dispositive motions.

In light of these issues, and the fact that the parties are currently addressing these issues in a cooperative manner, the parties suggest that the Court allow these communications to continue and order the parties to submit a further joint status report by October 9, 2019.

Dated:  September __, 2019          Respectfully Submitted,

                                    JESSIE K. LIU
                                    D.C. Bar # 472845
                                    United States Attorney

                                    DANIEL F. VAN HORN
                                    D.C. Bar # 924092
                                    Chief, Civil Division

                                    By:  /s/ Joshua L. Rogers
                                    JOSHUA L. ROGERS
                                    Assistant United States Attorney
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    Tel: (202) 252-2578
                                    Joshua.Rogers3@usdoj.gov

                                    *Attorney for Defendant*


                                      /s/ Robert J. Eatinger, Jr.
                                    ROBERT J. EATINGER, JR.
                                    D.C. Bar #1035401
                                    Dunlap Bennett & Ludwig, PLLC
                                    8300 Boone Blvd
                                    Suite 550
                                    Vienna, VA 22182
                                    Tel: (703) 291-8961
                                    (703) 777-3656 fax
                                    reatinger@dbllawyers.com

                                    *Attorney for Plaintiff*

2