**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| JAMES B. BRYANT, |
| *Plaintiff,* |
| v. |
| U.S. DEPARTMENT OF THE NAVY, |
| *Defendant*. |

Civil Action No. 19-2004 (TNM)

**JOINT STATUS REPORT**

Pursuant to this Court's September 9, 2019, Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action.

1.    On September 26, 2019, the Parties met in person at the Naval History and Heritage Command ("NHHC") in an effort to refine the information of interest to Plaintiff, limit the amount of responsive records, and reduce the amount of disputed withholdings.  The Parties are in the process of reducing Plaintiff's refinements to an agreed-upon writing.

2.    Defendant's representatives advised Plaintiff that the records requested are still undergoing the declassification review that was in progress before receipt of Plaintiff's FOIA request. Defendant is coordinating with its declassification, FOIA, and logistics teams to target records requested by Plaintiff and prioritize their processing for declassification and FOIA release.

3.    Based on Plaintiff's amendments and refinements to his FOIA request, Defendant's representatives are reviewing the records previously identified as responsive and will provide an updated estimate of the total number of responsive records, time to process for declassification review, and time to process and produce in accordance with FOIA.

4.    In light of these issues, and the fact that the parties are currently addressing these

them in a cooperative manner, the parties suggest that the Court allow these communications to

continue and order the parties to submit a further joint status report by November 8, 2019.

Dated:  October 9, 2019                    Respectfully Submitted,

                                           JESSIE K. LIU
                                           D.C. Bar # 472845
                                           United States Attorney

                                           DANIEL F. VAN HORN
                                           D.C. Bar # 924092
                                           Chief, Civil Division

                                           By:  /s/ Joshua L. Rogers
                                           JOSHUA L. ROGERS
                                           Assistant United States Attorney
                                           555 4th Street, N.W.
                                           Washington, D.C. 20530
                                           Tel: (202) 252-2578
                                           Joshua.Rogers3@usdoj.gov

                                           *Attorney for Defendant*


                                            /s/ Robert J. Eatinger, Jr.
                                           ROBERT J. EATINGER, JR.
                                           D.C. Bar #1035401
                                           Dunlap Bennett & Ludwig, PLLC
                                           8300 Boone Blvd
                                           Suite 550
                                           Vienna, VA 22182
                                           Tel: (703) 291-8961
                                           (703) 777-3656 fax
                                           reatinger@dbllawyers.com

                                           *Attorney for Plaintiff*