UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES B. BRYANT,

*Plaintiff,*

v.

U.S. DEPARTMENT OF THE NAVY,

*Defendant.*

Civil Action No. 19-2004 (TNM)

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of December 9, 2019, the parties submit their Joint Status Report for this Freedom of Information Act ("FOIA") action.

Plaintiff's FOIA request seeks records related to the loss of the USS Thresher (SSN 593). As previously reported, the Department of the Navy identified approximately 3,600 pages of responsive records to Plaintiff's FOIA request, including oversized pages, drawings, and various exhibits. These materials are anticipated to include Navy Nuclear Propulsion Information ("NNPI"), National Security Information ("NSI"), Restricted Data ("RD"), Formerly Restricted Data ("FRD") information, and classified information. The storage and digitization of these materials are strictly controlled by federal statutes and regulations. The Navy continues to coordinate its available equipment, personnel, and funds to digitize the remaining requested records, which will aid in the processing of Plaintiff's FOIA request. This process is complicated due to the content of the records, which requires specific methods of transfer, storage, handling, personnel, and equipment.

As reported in the last status report, the Department of the Navy has successfully

transferred and begun its review of the requested Court of Inquiry records, which comprise a majority of the 3,600 pages of responsive records requested by Plaintiff.  At this point, processing of the records in this FOIA case requires three levels of review: (1) a review for protected nuclear propulsion information led jointly by Naval Reactors command and Department of Energy, (2) de-classification review led by the Director, Undersea Warfare Division in the Office of the Chief of Naval Operations (OPNAV N97), and (3) a final FOIA exemptions and redactions review led by OPNAV N97.  The Navy is reviewing the documents in batches of approximately 300 pages each, which will be released to Plaintiff on a rolling basis as each batch of documents is reviewed and approved for release by Naval Reactors, Department of Energy, and OPNAV N97.  The Department of the Navy agency counsel is working to identify a timeframe by which Plaintiff can expect delivery of the first batch of materials.

The Department of the Navy team reviewing for protected nuclear information estimates each batch will take approximately nine to ten weeks to review and approve, with concurrent reviews of multiple batches ongoing to provide timely review and distribution to Plaintiff.  The total project will take the nuclear team approximately 27 weeks to review the total records identified.

The Department of the Navy team reviewing for additional undersea warfare interests estimates its team will require approximately 240 hours to review for line-by-line declassification purposes, with an additional 120 hours of additional FOIA exemption review, information segregation, and redaction.  To meet mission requirements, these total 360 hours of review will be allocated across a 12 month time period.

These estimates are currently the agency's best estimates for processing of the materials.

These estimates may require adjustment as the in-depth reviews proceed and information requiring further review, or additional agencies with interests, are identified.  In the event the agency learns of any expected delays to the estimates above, Plaintiff will receive a notification of the anticipated delay and the agency's identified path for resolution.  Because the Navy is proceeding with review of the Court of Inquiry records while the digitization process of remaining records continues, no delays are anticipated at this time.

Pursuant to an invitation from the Department of the Navy extended during the parties' September 26, 2019, meet and confer, Plaintiff identified three documents for preferred priority release.  Due to the batch system and need for multiple reviewers, which was determined after the parties' meeting in September, Defendant cannot prioritize the requested records at this time.  However, Defendant anticipates records covered by two of Plaintiff's priority requests will be released within the first three batches of processed documents.  Agency counsel is working with the declassification and FOIA teams to obtain a better estimate of when Plaintiff can expect release of the requested documents.

Defendant is drafting a proposed protective order for Plaintiff's consideration to prevent accidental dissemination of protected Naval Nuclear Propulsion Information ("NNPI") or classified information in this case.  While the documents produced in response to Plaintiff's FOIA request will have been scrubbed for such protected data, it is anticipated protected data may be cited (errantly or intentionally) by Plaintiff in later motions or transmissions among the parties.  An appropriate protective order will establish a process to screen public filings for protected data, and a secure system of transmission between individuals, to include counsel and the Court, and requisite storage requirements, for any litigation needs.  Plaintiff will oppose issuance of a

3

protective order in this FOIA litigation.  Plaintiff also objects to the current system of review for scheduled declassification of records, identified above in three, sequential parts, as more extensive than required for the present FOIA request for the responsive records.

As the parties continue to confer and collaborate in this FOIA matter, the parties respectfully suggest the Court defer setting the date for the parties to submit another joint status until the status conference scheduled for February 10, 2020.

Dated:  February 3, 2020

Respectfully Submitted,

TIMOTHY J. SHEA
D.C. Bar # 437437
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By:  /s/
WILLIAM CHANG
D.C. Bar # 1030057
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2510
William.chang2@usdoj.gov

*Attorneys for Defendant*

  /s/
ROBERT J. EATINGER, JR.
D.C. Bar #1035401
Dunlap Bennett & Ludwig, PLLC
8300 Boone Blvd
Suite 550

4

Vienna, VA 22182
Tel: (703) 291-8961
(703) 777-3656 fax
reatinger@dbllawyers.com

*Attorney for Plaintiff*