UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES B. BRYANT,<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF THE NAVY,<br><br>          Defendant. | Civil Action No. 19-2004 (TNM) |

**<u>DEFENDANT'S MOTION TO STAY</u>**

Defendant U.S. Department of the Navy, through undersigned counsel, respectfully moves

the Court to stay the proceedings in this Freedom of Information Act ("FOIA") case.   The grounds

for the motion are as follows:

1.     This is a Freedom of Information Act ("FOIA") case involving Plaintiff's request for

records from the Department of the Navy ("Department" or "Navy") relating to the sinking of the

U.S.S. Thresher submarine.

2.     On February 10, 2020, this Court issued an Order governing the production schedule for

this case.   Pursuant to the Order, the Navy is required to review 300 pages of records a month

starting April 30, 2020, with monthly rolling productions starting May 15, 2020.   The Order also

requires a joint status report on May 20, 2020, with subsequent joint status reports due every 60

days thereafter.   For the reasons stated below, Defendant respectfully requests that this matter be

stayed and that Defendant file a status report on May 20, 2020, updating the Court on the status of

the processing of Plaintiff's FOIA request.

3.      The current pandemic has substantially impaired the Department's ability to meet the current May 15, 2020 deadline for the first production of documents.   In response to the pandemic, the Department of Defense and the Navy issued stop-travel orders as well as guidance encouraging personnel to maximize the use of telework.   Decl. of Mary Anne Zivnuska, ¶¶ 17-18, 20-21; Decl. of CDR Matthew Powell, ¶¶ 11-14.   As further detailed in the Department's affidavits attached to this Motion, the documents relating to Plaintiff's FOIA request are only accessible on secured servers at separate locations in Schenectady, New York and Washington, D.C.   Zivnuska Decl., ¶¶ 6-13; Powell Decl., ¶ 5, 16-17.   At least three of the reviewers responsible for processing Plaintiff's FOIA request are at high-risk of contracting COVID-19 or live with an immediate family member who is high-risk.   Zivnuska Decl., ¶¶ 28-29.   Given these circumstances, the ongoing risk of individuals developing asymptomatic COVID-19, and the risk of community spread, the Department's current estimate as to when productions will begin in this case is July 2020.   *Id*. at ¶ 34; Powell Decl., ¶ 20.   This estimate may change as the government's response to the pandemic evolves.   Zivnuska Decl., ¶ 34.

4.      Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel, who does not oppose the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that the Court stay this matter and enter an order requiring Defendant to file a status report on May 20, 2020, updating the Court on the status of the processing of Plaintiff's FOIA request.

DATED: April 17, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

*/s/ William Chang*
WILLIAM CHANG
D.C. Bar # 1030057
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2510
William.chang2@usdoj.gov

3