UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES B. BRYANT,

    Plaintiff,

  v.          Civil Action No. 19-2004 (TNM)

U.S. DEPARTMENT OF THE NAVY,

    Defendant.

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's April 20, 2020 Minute Order, the U.S. Department of the Navy ("Defendant" or "the Department") submits this Status Report for this Freedom of Information Act ("FOIA") action.

Defendant continues to process Plaintiff's FOIA request but is still operating on limited capacity. The Department's guidance encouraging the maximum use of telework is still in effect and the Department is still prioritizing its personnel and resources to focus on mission-critical operations.

Naval Reactors has coordinated shift work and space access restrictions to permit mission essential operations to continue. Although slowed, and at reduced volume, Naval Reactor's review of the requested records is ongoing. Naval Reactors recently completed its review of the first batch of records (generally speaking, for protected nuclear propulsion information) and forwarded them to OPNAV N97 for its subject matter expertise review and FOIA exemptions review. In total, Naval Reactors has reviewed approximately 600 pages of records and these records have been transferred to OPNAV 97.

OPNAV N97, Naval Undersea Warfare, is still limited to mission essential tasks in support

of undersea forces and operations.  Its recent requests for reserve personnel to augment its staffing to enable the processing of Plaintiff's FOIA request were denied because of COVID-19-related restrictions and noted mission-essential limitations.  OPNAV N97 does not have the personnel or resources to process the requested documents at this time.  However, OPNAV N97 is continuing to monitor the COVID-19 crisis and will return to the review and processing of Plaintiff's FOIA request once the office is able to expand beyond mission essential capabilities.  OPNAV N97 is working on collateral tasks that can be accomplished through telework in the interim, to include coordinating the reserve support and training efforts so that reservists can promptly turn to Plaintiff's FOIA request when the reservists are approved for further tasking.

The Department previously anticipated that it could issue its first interim release in July 2020.  Because of the severe limitations imposed by the COVID-19 crisis, that timeframe is no longer possible.  Department respectfully suggests that the Court enter an order requiring a status report from the Department by July 20, 2020, updating the Court on the status of FOIA operations and progress made on Plaintiff's FOIA request.


 Dated:  May 20, 2020                         Respectfully Submitted,

                                              TIMOTHY J. SHEA
                                              D.C. Bar # 437437
                                              United States Attorney

                                              DANIEL F. VAN HORN
                                              D.C. Bar # 924092
                                              Chief, Civil Division

                                              By:__/s/__
                                              WILLIAM CHANG
                                              D.C. Bar # 1030057
                                              Assistant United States Attorney

2

555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2510
William.chang2@usdoj.gov

Attorneys for Defendant