UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES B. BRYANT,

*Plaintiff,*

v.

U.S. DEPARTMENT OF THE NAVY,

*Defendant*.

Civil Action No. 19-2004 (TNM)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 18, 2020, the parties submit their Joint Status Report for this Freedom of Information Act ("FOIA") action.

The Department of the Navy ("Defendant" or "the Department") continues to process Plaintiff's FOIA request but is still operating on limited capacity.  The Department's guidance encouraging the maximum use of telework remains in effect, and the Department is prioritizing its personnel and resources to focus on mission-critical operations.  That said, OPNAV N97, Undersea Warfare (N97), has executed the contingency plan presented in the last status report and, during the second half of August and first half of September, has leveraged reservist support to begin processing the USS Thresher documents associated with Plaintiff's FOIA request.

The first monthly installment of 300 pages has been completely reviewed by all the necessary Department officials and is currently pending final flag officer approval.  Those leaders, and their respective staffs, are well aware of this rolling monthly deadline and are united in meeting its requirements both this month and every subsequent month until this requirement has been satisfied.  The Department will provide the Plaintiff with copies of all pages in electronic format by sending a CD to the Plaintiff by First Class U.S. Mail  on or before September 30, 2020.  The

Department intends to post copies of all pages within the THRESHER RELEASE folder on the Navy's FOIA  website at https://www.secnav.navy.mil/foia/readingroom/SitePages/Home.aspx on or about September 30, 2020.

N97 currently has an additional 600 pages in its queue that are ready for final review.  Naval Reactors continues to review documents and submit them to N97 for their respective review and release.

The above information is subject to change depending on COVID conditions and any updated military guidance restricting travel or access to installations.  The parties respectfully request the Court to enter an order requiring a status report from the Department by November 20, 2020, updating the Court on its review and production status for the records associated with Plaintiff's FOIA request.

Dated:  September 18, 2020

Respectfully Submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By:  */s/ Kathleene Molen*

SEAN B. PATTON
Lieutenant Colonel, USMC
Office of the Judge Advocate General
General Litigation Division
1322 Patterson Ave., Suite 3000
Washington Navy Yard, DC 20374
Tel: (202) 685-8375
Sean.B.Patton@navy.mil

*Of Counsel*

KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*

2

*/s/ Robert J. Eatinger, Jr.*
ROBERT J. EATINGER, JR.
D.C. Bar # 1035401
Robert J. Eatinger, Jr., PLLC
12190 Abington Hall Place
Unit 208
Reston, VA 20190
Tel: (703) 774-4148
reatinger@eatingerlaw.com

*Counsel for Plaintiff*

3