UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES B. BRYANT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF THE NAVY,<br><br>*Defendant.* | Civil Action No. 19-2004 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated April 19, 2021 , the parties submit their Joint Status Report for this Freedom of Information Act ("FOIA") action.

The U.S. Department of the Navy ("Defendant" or the "Department") continues to process Plaintiff's FOIA request but is still operating on limited capacity. The Department's guidance encouraging the maximum use of telework remains in effect, and the Department is prioritizing its personnel and resources to focus on mission-critical operations. That said, OPNAV N97, Undersea Warfare (N97), continues to comply with this court's order by leveraging both active duty, civilian, and reservist support in order to process the USS Thresher documents associated with Mr. Bryant's FOIA request on schedule.

The eight, ninth, and tenth monthly installments of 300 pages were released and provided to Plaintiff on April 27, 2021, May 27, 2021, and June 29, 2021, respectively.  July's installment is in its final stages of review and approval and should be released on time as well.  Additionally, a DVD with all the most recent pages is mailed to Plaintiff's home every month. Lastly, a letter is emailed to Plaintiff's counsel notifying him of the monthly posting and mailing mentioned previously.

Naval Reactors continues to review documents and submit them to N97 for their respective

review and release. The process has been successfully established and the relevant staff members are tracking the deadlines and know their roles. Leadership is committed to meeting these requirements.

The above information is subject to change depending on COVID conditions and any updated military guidance restricting travel or access to installations. The parties respectfully request the Court to enter an order requiring a joint status report by October 20, 2021, updating the Court on the review and production status for the records associated with Plaintiff's FOIA request.

*       *       *

Dated:  July 15, 2021                          Respectfully Submitted,


                                               CHANNING D. PHILLIPS
                                               Acting United States Attorney
                                               D.C. Bar # 415793

                                               BRIAN P. HUDAK
                                               Acting Chief, Civil Division


                                               By: */s/ Kathleene Molen*
SEAN B. PATTON                                 KATHLEENE MOLEN
Lieutenant Colonel, USMC                       Assistant United States Attorney
Office of the Judge Advocate General           555 4th Street, N.W.
General Litigation Division                    Washington, D.C. 20530
1322 Patterson Ave., Suite 3000                Tel: (202) 803-1572
Washington Navy Yard, DC 20374                 Kathleene.Molen@usdoj.gov
Sean.B.Patton@navy.mil

                                               *Counsel for Defendant*

*Of Counsel*
                                               */s/  Robert J. Eatinger*
                                                ROBERT J. EATINGER, JR.
                                                D.C. Bar # 1035401
                                                Robert J. Eatinger, Jr., PLLC
                                                12190 Abington Hall Place
                                                Unit 208
                                                Reston, VA 20190
                                                Tel: (703) 774-4148
                                                reatinger@eatingerlaw.com

                                                *Counsel for Plaintiff*


                                   3