UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES B. BRYANT,

*Plaintiff,*

v.

U.S. DEPARTMENT OF THE NAVY,

*Defendant.*

Civil Action No. 19-2004 (TNM)

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated July 15, 2021 , the parties submit their Joint Status Report for this Freedom of Information Act ("FOIA") action.

The U.S. Department of the Navy ("Defendant" or the "Department") continues to process Plaintiff's FOIA request but is still operating on limited capacity. The Department's guidance encouraging the maximum use of telework remains in effect, and the Department is prioritizing its personnel and resources to focus on mission-critical operations. That said, OPNAV N97, Undersea Warfare (N97), continues to comply with this court's order by leveraging both active duty, civilian, and reservist support in order to process the USS Thresher documents associated with Mr. Bryant's FOIA request on schedule.

The eleventh, the twelfth, and thirteenth monthly installments of 300 pages were released and provided to Plaintiff on July 30, 2021, August 27, 2021, and September 27, 2021, respectively. The October installment is in its final stages of review and approval and should be released on time as well.  The October installment will constitute the Department's final release at which point the production of records responsive to Plaintiff's request will be complete.  Additionally, a DVD with all the most recent pages is mailed to Plaintiff's home every month. Lastly, a letter is emailed to Plaintiff's counsel notifying him of the monthly posting and mailing mentioned previously.

Naval Reactors continues to review documents and submit them to N97 for their respective review and release. The process has been successfully established and the relevant staff members are tracking the deadlines and know their roles. Leadership is committed to meeting these requirements.

As noted above, the Department anticipates completing its production by the end of October 2021, at which point the Department and Plaintiff will consult to identify the issues, if any, between the parties with respect to the Defendant's production.

The parties respectfully request the Court to enter an order requiring a joint status report by November 19, 2021, updating the Court on whether any issues remain with the Department's production and whether the parties believe those issues can be resolved without resorting to further litigation.

*     *     *

Dated:  October 15, 2021

SEAN B. PATTON
Lieutenant Colonel, USMC
Office of the Judge Advocate General
General Litigation Division
1322 Patterson Ave., Suite 3000
Washington Navy Yard, DC 20374
Sean.B.Patton@navy.mil

*Of Counsel*

Respectfully Submitted,


CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar # 415793

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*

*/s/ Robert J. Eatinger*
ROBERT J. EATINGER, JR.
D.C. Bar # 1035401
Robert J. Eatinger, Jr., PLLC
12190 Abington Hall Place
Unit 208
Reston, VA 20190
Tel: (703) 774-4148
reatinger@eatingerlaw.com

*Counsel for Plaintiff*

3