UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES B. BRYANT,<br><br>              *Plaintiff,*<br><br>    v.<br><br>U.S. DEPARTMENT OF THE NAVY,<br><br>              *Defendant*. | Civil Action No. 19-2004 (TNM) |

## JOINT STATUS REPORT

Pursuant to this Court's April 2, 2025, Minute Order, Plaintiff James B. Bryant and Defendant U.S. Department of the Navy (the "Navy") respectfully submit this Joint Status Report to update this Court on their resolution efforts in this Freedom of Information Act ("FOIA") action.

This case involves Plaintiff's FOIA request of April 8, 2019, seeking 13 categories of records, identified in the request in paragraphs lettered a through e and f(1) through f(8), relating to the loss at sea of the nuclear-powered fast attack submarine USS Thresher in 1963, the Court of Inquiry that investigated that loss, and exemptions from the 25-year or 50-year automatic declassification of information relating to the foregoing.

As noted in the Joint Status Report of June 27, 2024 (Document 49), on May 31, 2024, Plaintiff sent the Navy initial concerns with the Navy's search and productions and also sent a meet and confer letter dated June 11, 2024, with additional concerns. Plaintiff's meet and confer letter listed three categories of topics to discuss at a meet and confer that might resolve this case. Those three matters were the authenticity of the document released as a copy of Exhibit 52 introduced before the Court of Inquiry; whether the Navy had conducted searches reasonably designed to find all responsive documents for each specific request in Plaintiff's FOIA request; and whether the Navy

would lift or narrow specific redactions of interest to Plaintiff. The Navy took Plaintiff's concerns under advisement and needed additional time to appropriately respond.

On August 22, 2024, the Navy informed Plaintiff that: with respect to the authenticity of the document released as a copy of Exhibit 52, the Navy has provided the Court of Inquiry documents in whole; with respect to its searches, the Navy has conducted electronic and physical searches reasonably calculated to retrieve all relevant records responsive to the Plaintiff's FOIA request; with respect to the specific redactions identified by the Plaintiff, the Navy will subject those redactions to a thorough declassification review after which it will be possible to enter into discussions on the feasibility of changing the scope of redactions.

On September 5, 2024, Plaintiff's counsel identified and provided Defendant's counsel with copies of the 95 pages containing the specific redactions identified by the Plaintiff as well as with a copy of Exhibit 52.

On December 18, 2024, the Navy informed Plaintiff that the Navy determined no further information can be released.

On January 8, 2025, the Parties had a meet and confer to identify the issues remaining in dispute, determine whether the Parties might resolve some or all of those issues without briefing, and discuss a briefing schedule to propose to the Court.  Counsel for the Parties met in person, the Plaintiff attended by telephone and agency counsel for Defendant Navy attended by telephone.  The meet and confer concluded with agency counsel agreeing to take a proposal from Plaintiff to resolve the case to Defendant Navy to consider.  Defendant Navy seeks additional time to consider that proposal.  In the interest of potentially resolving this case without briefings, the Plaintiff joins in the request.

From March 24, 2025, through March 26, 2025, the Parties narrowed their discussions of a final proposal to resolve the case with the payment of attorney's fees and cost.  The Navy is needs

additional time to consider Plaintiff's proposal and get the requite authority approval to negotiate the attorney's fees and cost. The Parties therefore request additional time to discuss this final proposal to resolve the case without requiring the Court's adjudication of disputes.

The parties respectfully propose that on or before June 26, 2025, they either inform the Court a resolution has been reached or propose a briefing schedule.

| | |
|---|---|
| Dated: April 29, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney |
| */s/ Robert J. Eatinger, Jr.*<br>ROBERT J. EATINGER, JR.<br>D.C. Bar #1035401<br>Robert J. Eatinger, Jr., PLLC<br>12190 Abington Hall Place, Unit 208<br>Reston, VA 20190<br>Telephone: (703) 774-4148<br>reatinger@eatingerlaw.com<br><br>*Counsel for Plaintiff* | By:     */s/ Stephanie R. Johnson*<br>STEPHANIE R. JOHNSON<br>D.C. Bar # 1632338<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-7874<br>Stephanie.Johnson5@usdoj.gov<br><br>*Attorneys for the United States of America* |