UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES B. BRYANT, **)** | |
| **)** | |
| Plaintiff, **)** | |
| **)** | |
| v. **)** | Civil Action No. 19-2004 (TNM) |
| **)** | |
| U.S. DEPARTMENT OF THE NAVY, **)** | |
| **)** | |
| Defendant. **)** | |
| **)** | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: June 17, 2025
   Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 */s/ Robert J. Eatinger, Jr. (by permission)*
ROBERT J. EATINGER, JR.
D.C. Bar #1035401
Robert J. Eatinger, Jr., PLLC
12190 Abington Hall Place, Unit 208
Reston, VA 20190
Telephone: (703) 774-4148
reatinger@eatingerlaw.com

By:    */s/ Stephanie R. Johnson*
  STEPHANIE R. JOHNSON
  D.C. Bar # 1632338
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  (202) 252-7874
  Stephanie.Johnson5@usdoj.gov

*Counsel for Plaintiff*

*Attorneys for the United States of America*